IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DARCY HOLT                                                                              PLAINTIFF

v.                          CASE NO. 3:13CV00193-BSM-JTK

CAROLYN COLVIN,
Acting Commissioner, Social
Security Administration                                                          DEFENDANT

## ORDER

The Court has reviewed Plaintiff's motion to extend time and for appointment of counsel (DE #16). Before the Court will consider appointment of counsel, Plaintiff is directed to contact three (3) attorneys who practice in this field about taking her case. Within thirty (30) days of the date of this Order, Plaintiff shall file a statement with the Court that she has talked to at least three attorneys. In the statement, Plaintiff should give the names of the attorneys, the date she contacted them, and what they told her. Copies of any letters received by Plaintiff from attorneys who refuse, for whatever reason, to represent her are also permissible for submission to the Court.

IT IS SO ORDERED this 13th day of March, 2014.

_____
UNITED STATES MAGISTRATE JUDGE