.        IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
                   JONESBORO DIVISION

DARCY HOLT                                                              PLAINTIFF

v.                    CASE NO. 3:13CV00193-BSM-JTK

CAROLYN COLVIN,
Acting Commissioner, Social
Security Administration                                                 DEFENDANT

## ORDER

The Motion to Withdraw (DE #20) is GRANTED.

IT IS, THEREFORE, ORDERED that Attorney Anthony W. Bartels, Bartels Law Firm, Post Office Box 1640, Jonesboro, AR 72403-1640, telephone number 870-972-5000, is hereby appointed, in conformity with Rule 83.7 of the Local Rules for the Eastern and Western Districts of Arkansas, to represent Plaintiff in all further proceedings.

THE CLERK IS DIRECTED to send counsel a copy of this Order and Local Rule 83.7. Counsel shall access the file from CM/ECF. If counsel is unable to obtain the file from CM/ECF, counsel should contact Mrs. LaShawn Coleman at 501-604-5174, and a copy of the file, or any portion thereof, will be provided free of charge.

IT IS SO ORDERED this 25th day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE