IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DARCY HOLT                                                                                    PLAINTIFF

v.                              CASE NO. 3:13CV00193-BSM-JTK

CAROLYN COLVIN,
Acting Commissioner, Social
Security Administration                                                              DEFENDANT

## ORDER OF DISMISSAL

On May 5, 2014, Plaintiff's appointed counsel filed a motion to withdraw. The Court granted the motion and ordered Plaintiff to inform the court whether she had obtained new counsel or wished to proceed pro se. Notice of this directive was not returned to the Court, and Plaintiff has failed to respond. Therefore, pursuant to Local Rule 5.5, the case is dismissed without prejudice.

SO ORDERED this 13th day of June, 2014.

_____
UNITED STATES MAGISTRATE JUDGE