IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DARCY HOLT                                                                                      PLAINTIFF

v.                          CASE NO. 3:13CV00193-BSM-JTK

CAROLYN COLVIN,
Acting Commissioner, Social
Security Administration                                                                DEFENDANT

## JUDGMENT

Pursuant to the Order of Dismissal entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's case is DISMISSED WITHOUT PREJUDICE.

SO ORDERED this 11th day of June, 2014.

_____
UNITED STATES MAGISTRATE JUDGE