IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DARCY HOLT                                                                                                      PLAINTIFF

v.                               CASE NO. 3:13CV00193-BSM-JTK

CAROLYN COLVIN,
Acting Commissioner, Social
Security Administration                                                                                  DEFENDANT

## ORDER

The Court hereby withdraws it previous Order of Dismissal and Judgment (DE ## 24, 25.  The parties did not consent to the jurisdiction of the magistrate judge; therefore, the Court lacked jurisdiction to enter these Orders.

SO ORDERED this 16th day of June, 2014.

_____
UNITED STATES MAGISTRATE JUDGE