**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**DARCY HOLT**                                                                                                    **PLAINTIFF**

v.                                            **CASE NO. 3:13CV00193 BSM**

**CAROLYN COLVIN,**
**Acting Commissioner, Social**
**Security Administration**                                                                           **DEFENDANT**

## ORDER

On May 5, 2014, plaintiff Darcy Holt was given thirty days to obtain counsel or state her intention to proceed *pro se*. *See* Doc. No. 23.  She has failed to respond and the time for doing so has now passed.  Accordingly, pursuant to Local Rule 5.5, the case is dismissed without prejudice.

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 18th day of June 2014.

_____
UNITED STATES DISTRICT JUDGE