IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DARCY HOLT**                                                                                          **PLAINTIFF**

**v.**                              **CASE NO. 3:13CV00193 BSM**

**CAROLYN COLVIN,**
**Acting Commissioner, Social**
**Security Administration**                                                              **DEFENDANT**

## JUDGMENT

Consistent with the order that was entered this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 18th day of June 2014.

_____
UNITED STATES DISTRICT JUDGE